**Opinion issued June 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00918-CV

_____

**EDUARDO FRANCO, Appellant**

**V.**

**STACEY FRANCO, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-59313**

---

## MEMORANDUM OPINION

Appellant, Eduardo Franco, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.